UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KOURTNEY GALLOWAY PLAINTIFF

V. CIVIL ACTION NO. 3:26-CV-246-CWR-ASH

MIDTOWN PARTNERS, INC. DEFENDANT

ORDER

Pro se Plaintiff Kourtney Galloway filed this lawsuit against Midtown Partners, Inc., on April 10, 2026. Midtown answered [6], and on August 6, 2026, the Court held an in-person case-management conference. On August 11, 2026, the Court entered a Case Management Order [8], which set a September 7, 2026 deadline for motions for amendments to the pleadings. On August 14, 2026, without obtaining leave of Court, Galloway filed an Amended Complaint [13]. As explained below, the Court strikes the Amended Complaint.

Federal Rule of Civil Procedure 15(a) governs amendments to the pleadings and provides,

> (1) ***Amending as a Matter of Course.*** A party may amend its pleading once as a matter of course no later than:
>
> (A) 21 days after serving it, or
>
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
>
> (2) ***Other Amendments.*** In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave.

Fed. R. Civ. P. 15(a)(1) & (2). The time for amendment as of right expired well before the case-management conference, so Galloway had to obtain either (1) Midtown's written consent, or (2)

the Court's leave to amend. She obtained neither, so her Amended Complaint is due to be stricken from the docket.[1]

Should Galloway wish to file a motion seeking leave to amend, she must attach as an exhibit to the motion for leave to amend her proposed amended pleading. L.U. Civ. R. 15 ("If leave of court is required under Fed. R. Civ. P. 15, a proposed amended pleading must be an exhibit to a motion for leave to file the pleading . . . ."). Additionally, the Court calls to her attention Local Rule 7(b)(10), which provides that "[a]ll non-dispositive motions must advise the court whether there is opposition to the motion."

For the foregoing reasons, the Court strikes the Amended Complaint [13].

**SO ORDERED AND ADJUDGED** this the 17th day of August, 2026.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE

[1] The Amended Complaint states that it is filed "pursuant to leave granted by the Court." Am. Compl. [13] at 1. Perhaps Galloway misconstrued the deadline for *motions* for leave to amend to be a deadline for filing amended pleadings. But under Rule 15, Galloway may not now amend without the Court's leave (or Midtown's written consent).